JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BARNES, | Case No. CV 12-2362-JAK (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES and RARIM RASHEED, M.D., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

Dated: September 17, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE